# Exhibit "A"

| Borrower/Client | JORGE ANDRADE | | | File No. 18821121 | |
|---|---|---|---|---|---|
| Property Address | 10580 Horse Creek Ave | | | | |
| City | Sunland | County | LOS ANGELES | State CA | Zip Code 91040 |
| Lender | BAYVIEW LOAN SERVICING | | | | |

## TABLE OF CONTENTS



Exterior-Only ............................................................................................................................................................ 1
Additional Comparables 4-6 ......................................................................................................................................... 7
General Text Addendum ................................................................................................................................................ 8
Market Conditions Addendum to the Appraisal Report ............................................................................................... 9
USPAP Identification .................................................................................................................................................... 10
UAD Definitions Addendum ........................................................................................................................................ 11
Location Map ................................................................................................................................................................ 14
Aerial Map .................................................................................................................................................................... 15
Plat Map ....................................................................................................................................................................... 16
Subject Photos ............................................................................................................................................................. 17
Comparable Photos 1-3 ............................................................................................................................................... 18
Comparable Photos 4-6 ............................................................................................................................................... 19
Photograph Addendum ................................................................................................................................................. 20
Appraiser License ........................................................................................................................................................ 21
E & O INSURANCE ...................................................................................................................................................... 22

# Exterior-Only Inspection Residential Appraisal Report    File # 18821121

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address  10580 Horse Creek Ave | City  Sunland | State  CA | Zip Code  91040 |

Borrower  JORGE ANDRADE    Owner of Public Record  ANDRADE JORGE E/LANDAETA JACQ    County  LOS ANGELES

Legal Description  TR=34567 LOT 59

Assessor's Parcel #  2528-035-017    Tax Year  2013    R.E. Taxes $  9,337

Neighborhood Name  SUNLAND    Map Reference  503-B3    Census Tract  1033.00

Occupant ☒ Owner ☐ Tenant ☐ Vacant    Special Assessments $  0    ☐ PUD    HOA $  0    ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe)  SERVICING

Lender/Client  BAYVIEW LOAN SERVICING    Address  4425 Ponce De Leon Blvd., 4th Floor, Miami, FL 33146

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s).    MULTIPLE LISTING SERVICE(LOCAL MRMLS)

I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban ☒ Suburban ☐ Rural | Property Values | ☐ Increasing ☒ Stable ☐ Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit | 85 % |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | | | | | 2-4 Unit | 5 % |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | Marketing Time | ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | 756  Low | 1 | Multi-Family | 5 % |
| Neighborhood Boundaries  BOUNDARIES: 210 FWY TO THE NORTH, JOHANNA AVE TO THE EAST, SUNLAND | | | | | | 1,300  High | 50 | Commercial | 5 % |
| BLVD TO THE SOUTH, GLENOAKS BLVD TO THE WEST. | | | | | | 1,000  Pred. | 20 | Other | % |

Neighborhood Description    THE SUBJECT IS LOCATED IN A WELL ESTABLISHED COMMUNITY KNOWN AS SUNLAND. THERE ARE SOME EVIDENCE OF
NEW IMPROVEMENTS AND ROOM ADDITIONS THROUGHOUT THE NEIGHBORHOOD. ALL SUPPORTING FACILITIES, SCHOOLS AND EMPLOYMENTS
ARE LOCATED WITHIN 3 MILES RADIUS FROM SUBJECT PROPERTY.

Market Conditions (including support for the above conclusions)    THE AVERAGE MARKETING TIME IN SUBJECT'S NEIGHBORHOOD IS 0-3 MONTHS. TYPICAL
CONVENTIONAL, FIXED AND ADJUSTABLE FINANCING ARE AVAILABLE IN THE AREA. NO FINANCING CONCESSIONS OR CREATIVE FINANCING WERE
NOTED.

| | | | |
|---|---|---|---|
| Dimensions  SEE ATTACHED PLAT MAP | Area  1.03 ac | Shape  IRREGULAR | View  B;Mtn; |

Specific Zoning Classification  LARA    Zoning Description  SINGLE FAMILY RESIDENCE

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street  ASPHALT | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley  NONE | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone  X    FEMA Map #  06037C1088F    FEMA Map Date  09/26/2008

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe

TYPICAL CUL-DE-SAC LOT FOR THE AREA. NEITHER APPARENT EASEMENT, ENCROACHMENTS NOR OTHER DETRIMENTAL CONDITIONS NOTED.

Source(s) Used for Physical Characteristics of Property ☐ Appraisal Files ☒ MLS ☐ Assessment and Tax Records ☐ Prior Inspection ☐ Property Owner
☒ Other (describe)  NDCDATA & REALIST    Data Source for Gross Living Area  REALIST & NDCDATA

| General Description | | General Description | | Heating/Cooling | | Amenities | | Car Storage | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | ☒ FWA ☐ HWBB | | ☒ Fireplace(s) #  1 | | ☐ None | | |
| # of Stories  2 | | ☐ Full Basement ☐ Finished | | ☐ Radiant | | ☐ Woodstove(s) #  0 | | ☒ Driveway  # of Cars  2 | | |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | | ☐ Partial Basement ☐ Finished | | ☐ Other | | ☐ Patio/Deck  NONE | | Driveway Surface  CONCRETE | | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Exterior Walls  STUCCO/AVG | | Fuel  GAS | | ☒ Porch  PORCH | | ☒ Garage  # of Cars  2 | | |
| Design (Style)  MEDIT | | Roof Surface  TILE/AVG | | ☒ Central Air Conditioning | | ☐ Pool  NONE | | ☐ Carport  # of Cars  0 | | |
| Year Built  2004 | | Gutters & Downspouts METAL/AVG | | ☐ Individual | | ☐ Fence NONE | | ☒ Attached ☐ Detached | | |
| Effective Age (Yrs)  10 | | Window Type  AL SLIDE/AVG | | ☐ Other | | ☐ Other  NONE | | ☐ Built-in | | |
| Appliances ☐ Refrigerator ☒ Range/Oven ☐ Dishwasher ☒ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe) | | | | | | | | | | |

Finished area **above** grade contains:    6  Rooms    4  Bedrooms    4.0  Bath(s)    3,880  Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)    NONE NOTED DUE TO EXTERIOR INSPECTION ONLY.

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.).    C3;THE SUBJECT IS IN AVERAGE
CONDITION. NO FUNCTIONAL OR EXTERNAL DEPRECIATION IS NOTED AND NO MAJOR REPAIR IS NEEDED. SUBJECT WAS BUILT WITH AVERAGE
QUALITY.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No
If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe.
APPRAISER NOT ABLE TO CHECK THE UTILITY, DUE TO EXTERIOR INSPECTION ONLY.

# Exterior–Only Inspection Residential Appraisal Report    File # 18821121

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| There are | 4 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 756,000 | | | | to $ 1,300,000 | . |
| There are | 6 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 900,000 | | | | to $ 1,295,000 | . |
| Address | 10580 Horse Creek Ave | 9829 McBroom St | | 10900 Oak Mountain Pl | | 10961 Oak Mountain Pl | |
| | Sunland, CA 91040 | Sunland, CA 91040 | | Shadow Hills, CA 91040 | | Shadow Hills, CA 91040 | |
| Proximity to Subject | | 0.92 miles E | | 0.35 miles W | | 0.48 miles W | |
| Sale Price | $ | | $ 1,195,000 | | $ 1,025,000 | | $ 925,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 269.20 sq.ft. | | $ 269.67 sq.ft. | | $ 220.87 sq.ft. | |
| Data Source(s) | | MRMLS #BB14054865;DOM 86 | | MRMLS #22176346;DOM 180 | | MRMLS #WS14111656;DOM 124 | |
| Verification Source(s) | | APN 2549-005-001 DOC #716534 | | APN 2528-037-024 DOC #82013 | | APN 2528-037-017 DOC #1032219 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s07/14;c06/14 | | s01/14;c12/13 | | s09/14;c09/14 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 1.03 ac | 1.11 ac | -3,700 | 27,156 SF | +17,700 | 27,326 SF | +17,500 |
| View | B;Mtn; | N;Res; | +10,000 | B;Mtn; | | B;Mtn; | |
| Design (Style) | DT2;MEDIT | DT2;MEDIT | | DT2;MEDIT | | DT2;MEDIT | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 10 | 24 | +1,400 | 10 | | 10 | |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | -5,000 | Total Bdrms. Baths | -5,000 |
| Room Count | 6   4   4.0 | 6   4   4.0 | | 7   5   4.1 | -2,500 | 7   5   5.0 | -5,000 |
| Gross Living Area | 3,880 sq.ft. | 4,439 sq.ft. | -16,800 | 3,801 sq.ft. | 0 | 4,188 sq.ft. | -9,200 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA, CAC | FWA, CAC | | FWA, CAC | | FWA, CAC | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | 2ga2dw | 3gbl3dw | -5,000 | 3ga3dw | -5,000 | 3ga3dw | -5,000 |
| Porch/Patio/Deck | PORCH | PORCH | | PORCH | | PORCH | |
| POOL | NONE | NONE | | POOL | -10,000 | POOL | -10,000 |
| ORIGINAL. LIST PRICE | N/A | $1,295,000 | 0 | $1,395,000 | 0 | $1,225,000 | 0 |
| SALE-TO-LIST RATIO | N/A | 92% | 0 | 73% | 0 | 75% | 0 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -14,100 | ☐ + ☒ - | $ -4,800 | ☐ + ☒ - | $ -16,700 |
| Adjusted Sale Price | | Net Adj. 1.2 % | | Net Adj. 0.5 % | | Net Adj. 1.8 % | |
| of Comparables | | Gross Adj. 3.1 % | $ 1,180,900 | Gross Adj. 3.9 % | $ 1,020,200 | Gross Adj. 5.6 % | $ 908,300 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    NDCDATA & REALIST
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    NDCDATA & REALIST
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | NDCDATA & REALIST | NDCDATA & REALIST | NDCDATA & REALIST | NDCDATA & REALIST |
| Effective Date of Data Source(s) | 10/10/2014 | 10/10/2014 | 10/10/2014 | 10/10/2014 |

Analysis of prior sale or transfer history of the subject property and comparable sales    PRIOR SALES FOR COMPARABLES APPEAR TO BE ARM'S LENGTHS
TRANSACTIONS. NO OTHER TRANSFERS OCCURRED FOR ALL COMPARABLES 12 MONTHS PRIOR TO ONES LISTED. AS PER NDCDATA AND REALIST
RESEARCH, SUBJECT HAS NOT BEEN TRANSFERRED TITLE IN THE PAST 36 MONTHS. SUBJECT HAS NOT BEEN LISTED FOR SALE IN THE PAST 12
MONTHS.

Summary of Sales Comparison Approach    See attached addenda.

Indicated Value by Sales Comparison Approach $ 1,000,000

Indicated Value by: Sales Comparison Approach $ 1,000,000    Cost Approach (if developed) $ 1,000,758    Income Approach (if developed) $

THE INCOME APPROACH IS NOT APPLICABLE. MOST WEIGHT IS GIVEN TO THE SALES COMPARISON AND SELLING PRICE WHICH REFLECTS ACTUAL
RECENT MARKET CONDITIONS. THE COST APPROACH GAVE ADDITIONAL SUPPORT TO THE SALES COMPARISON APPROACH.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: THERE ARE NO SUCH
CONDITIONS. THE REPORT IS WRITTEN PER USPAP STANDARDS. NO LIABILITY IS ASSUMED FOR THE DEFECT OF STRUCTURAL OR MECHANICAL.
Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 1,000,000 , as of 10/10/2014 , which is the date of inspection and the effective date of this appraisal.

**Exterior–Only Inspection Residential Appraisal Report** File # 18821121

INTENDED USE: THE APPRAISAL WILL BE USED: AS THE BASIS TO SET THE ASKING PRICE FOR THE SUBJECT PROPERTY FOR ITS DISPOSAL AS AN REO PROPERTY AND TO DETERMINE THE FINANCIAL FEASIBILITY OF MAKING REPAIRS OR TO EVALUATE A SHORT SALE TRANSACTION. THE APPRAISAL MAY ALSO BE USED FOR MORTGAGE LENDING PURPOSES. INTENDED USERS: THE INTENDED USERS OF THE APPRAISAL ARE THE LENDER/CLIENT OR ASSIGNEE.

COMMENT ON COMPARABLES:

COMPARABLE #2 HAS A POOL.
COMPARABLE #3 HAS A POOL.
COMPARABLE #4 HAS A POOL.
COMPARABLE #5 IS IN ACTIVE STATUS.
COMPARABLE #6 IS IN ACTIVE STATUS.

DAYS-ON-MARKET AND RATIOS OF SALE/LISTING PRICE AND ORIGINAL LIST PRICE OF ALL COMPARABLE SALES HAVE BEEN PROVIDED. SOME COMPARABLES' MARKET TIME/PROCESSING DAYS WERE LONGER THAN 6 MONTHS BECAUSE THEY WERE SHORT SALE PROPERTIES.

THE SUBJECT'S MARKET AREA HAS BEEN ON A STABLE VALUE. THERE ARE POCKETS OF REO & SHORT SALES IN THE AREA. HOWEVER, THE CURRENT MARKET APPEARS TO BE STABILIZING WITH ATTRACTIVE HOME PRICING.

COMPS RESEARCH AND RESULTS:
SEARCH BEGAN WITH PROPERTIES WITH GLA BETWEEN 3,000 TO 5,000 SQ.FT., 4 - 5 BEDROOMS, 3 - 6 BATHROOMS, LOT SIZE BETWEEN 27,000 TO 50,000 SQFT AND WITHIN 1 MILE, SAME CITY AND 10 MONTHS. THIS RESULTED IN 4 COMPARABLE SALES.

GENERAL COMMENTS:
THE PURPOSE OF THE APPRAISAL IS TO ESTIMATE THE FAIR MARKET VALUE OF THE SUBJECT PROPERTY, AS IMPROVED, IN FEE SIMPLE, UNENCUMBERED BY ANY LIENS. THE APPRAISAL REPORT HAS BEEN COMPLETED IN ACCORDANCE WITH THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE (USPAP).

THE SCOPE OF THE APPRAISAL INCLUDE A PRELIMINARY MARKET SEARCHES, INSPECTION OF THE SUBJECT PROPERTY EXTERIOR ONLY, COMPARABLE SEARCHES AND INSPECTION, DATA COLLECTION AND ANALYSIS, REPORT WRITING.

SUBJECT'S SALE AND LISTING HISTORY WAS STUDIES. INFORMATION REGARDING THE SUBJECT PROPERTY WAS MOSTLY BY PERSONAL INSPECTION AND VERIFICATION WITH PUBLIC RECORDS.

COMPARABLE DATA SEARCHES ARE THROUGH NDC DATA PUBLIC RECORDS, MLS AND TITLE COMPARABLE PROFILES.

THE APPRAISAL REPORT HAS BEEN COMPLETED IN ACCORDANCE WITH THE UNIFORM STANDARDS OF PROFESSIONAL PRACTICE (USPAP).

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    THE LAND VALUE IS ESTIMATED BY ABSTRACTION.
THE LAND TO IMPROVEMENT RATIO IS CONSIDERED TYPICAL FOR THE AREA.

| | | | | |
|---|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 705,500 |
| Source of cost data MARSHALL & SWIFT | DWELLING 3,880 Sq.Ft. @ $ 80.00 | =$ | | 310,400 |
| Quality rating from cost service AVG   Effective date of cost data CURRENT | 0 Sq.Ft. @ $ | =$ | | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | =$ | | |
| THE SUBJECT'S LAND TO VALUE RATIO IS TYPICAL FOR THE SUBJECT'S | Garage/Carport 400 Sq.Ft. @ $ 50.00 | =$ | | 20,000 |
| AREA. THIS CONDITION IS CONSIDERED USUAL FOR THE SOUTHERN | Total Estimate of Cost-New | =$ | | 330,400 |
| CALIFORNIA REAL ESTATE MARKET. LAND VALUE HAS BEEN ESTIMATED | Less Physical Functional External | | | |
| USING THE ABSTRACTION METHOD. THE DATA SOURCE IS MEANS COST | Depreciation 44,042 | =$( | | 44,042) |
| DATA, MARSHALL AND SWIFT VALUATION SERVICE AND HANDBOOK. | Depreciated Cost of Improvements | =$ | | 286,358 |
| | "As-is" Value of Site Improvements | =$ | | 8,900 |
| Estimated Remaining Economic Life (HUD and VA only) 65 Years | INDICATED VALUE BY COST APPROACH | = $ | | 1,000,758 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | |
|---|---|---|
| Estimated Monthly Market Rent $ | X Gross Rent Multiplier = $ | Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM) | | |

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases _____ Total number of units _____ Total number of units sold _____
Total number of units rented _____ Total number of units for sale _____ Data source(s) _____
Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion _____
Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source(s) _____
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Exterior–Only Inspection Residential Appraisal Report    File # 18821121

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**Exterior–Only Inspection Residential Appraisal Report** File # 18821121

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report  was  prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature

Name   JOHN C. PAN

Company Name   JMD APPRAISALS, INC

Company Address   155 NORTH LAKE AVENUE #842

PASADENA, CA 91101

Telephone Number   (626) 279-7899

Email Address   admin@jmdintegration.com

Date of Signature and Report   10/11/2014

Effective Date of Appraisal   10/10/2014

State Certification #

or State License #   AL042283

or Other (describe) _____ State # _____

State  CA

Expiration Date of Certification or License   03/27/2015

ADDRESS OF PROPERTY APPRAISED

10580 Horse Creek Ave

Sunland, CA 91040

APPRAISED VALUE OF SUBJECT PROPERTY $   1,000,000

LENDER/CLIENT

Name  SERVICELINK

Company Name   BAYVIEW LOAN SERVICING

Company Address   4425 Ponce De Leon Blvd., 4th Floor, Miami, FL

33146

Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature

Name

Company Name

Company Address

Telephone Number

Email Address

Date of Signature

State Certification #

or State License #

State

Expiration Date of Certification or License

SUBJECT PROPERTY

☐ Did not inspect exterior of subject property
☐ Did inspect exterior of subject property from street
Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection

Form 2055UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Exterior–Only Inspection Residential Appraisal Report    File # 18821121

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 10580 Horse Creek Ave | 10340 McBroom St | | 10155 McBroom St | | 10571 Horse Creek Ave | |
| | Sunland, CA 91040 | Sunland, CA 91040 | | Sunland, CA 91040 | | Shadow Hills, CA 91040 | |
| Proximity to Subject | | 0.34 miles E | | 0.52 miles E | | 0.05 miles SW | |
| Sale Price | $ | $ | 900,000 | $ | 999,999 | $ | 1,250,000 |
| Sale Price/Gross Liv. Area | $          sq.ft. | $     258.40 sq.ft. | | $     222.92 sq.ft. | | $     274.73 sq.ft. | |
| Data Source(s) | | MRMLS #SR13205092;DOM 58 | | MRMLS #314031542;DOM 29 | | MRMLS #BB14211489;DOM 8 | |
| Verification Source(s) | | APN 2543-004-002 DOC #92514 | | APN 2543-007-012 | | APN 2528-035-016 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | Listing | | Listing | |
| Concessions | | Conv;0 | | | | | |
| Date of Sale/Time | | s01/14;c12/13 | | Active | | Active | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 1.03 ac | 1.11 ac | -3,600 | 34,554 SF | +10,300 | 36,697 SF | +8,100 |
| View | B;Mtn; | B;Mtn; | | B;Mtn; | | B;Mtn; | |
| Design (Style) | DT2;MEDIT | DT2;MEDIT | 0 | DT2;MEDIT | | DT2;MEDIT | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 10 | 66 | +5,600 | 9 | 0 | 10 | |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | -5,000 |
| Room Count | 6   4   4.0 | 6   4   3.0 | +5,000 | 6   4   4.0 | | 7   5   5.1 | -7,500 |
| Gross Living Area | 3,880 sq.ft. | 3,483 sq.ft. | +11,900 | 4,486 sq.ft. | -18,200 | 4,550 sq.ft. | -20,100 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA, CAC | FWA, CAC | | FWA, CAC | | FWA, CAC | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | 2ga2dw | 2ga2dw | | 3ga3dw | -5,000 | 3ga3dw | -5,000 |
| Porch/Patio/Deck | PORCH | PORCH | | PORCH | | PORCH | |
| POOL | NONE | POOL | -10,000 | NONE | | NONE | |
| ORIGINAL. LIST PRICE | N/A | $949,000 | 0 | $1,100,000 | 0 | $1,250,000 | 0 |
| SALE-TO-LIST RATIO | N/A | 95% | 0 | N/A | | N/A | |
| Net Adjustment (Total) | | ☒ +  ☐ - | $     8,900 | ☐ +  ☒ - | $     -12,900 | ☐ +  ☒ - | $     -29,500 |
| Adjusted Sale Price | | Net Adj.     1.0 % | | Net Adj.     1.3 % | | Net Adj.     2.4 % | |
| of Comparables | | Gross Adj.   4.0 % | $   908,900 | Gross Adj.   3.4 % | $   987,099 | Gross Adj.   3.7 % | $   1,220,500 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | NDCDATA & REALIST | NDCDATA & REALIST | NDCDATA & REALIST | NDCDATA & REALIST |
| Effective Date of Data Source(s) | 10/10/2014 | 10/10/2014 | 10/10/2014 | 10/10/2014 |

Analysis of prior sale or transfer history of the subject property and comparable sales     SEE PAGE 2 FOR COMMENTS.

Analysis/Comments     THE RATIO OF SALES TO LISTING PRICE OF SUBJECT'S NEIGHBORHOOD AREA IS 84% AND ADJUSTMENTS HAVE BEEN MADE ACCORDINGLY.

**Supplemental Addendum**

File No. 18821121

| Borrower/Client | JORGE ANDRADE | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 10580 Horse Creek Ave | | | | | |
| City | Sunland | County | LOS ANGELES | State | CA | Zip Code 91040 |
| Lender | BAYVIEW LOAN SERVICING | | | | | |

• **Exterior-Only : Sales Comparison Analysis - Summary of Sales Comparison Approach**

**DUE TO THE LACK SUITABLE COMPARABLE PROPERTIES WITHIN 1 MILES RADIUS, AND CLOSED SALES DATE WITHIN LAST 6 MONTHS. THE SEARCH PARAMETERS WERE THEN EXPANDED TO TRANSACTION DATED WITHIN 12 MONTHS WITHIN 1 MILES RADIUS FROM THE SUBJECT PROPERTY. ALL THE COMPARABLES WERE SELECTED SHARE THE SAME SCHOOL DISTRICT. USING THE EXPANDED SEARCH PARAMETERS 4 CLOSED SALES AND 2 LISTINGS COMPARABLES WERE FOUND TO BE MOST SUITABLE COMPARABLES AND ARE INCLUDED IN THE SALES COMPARISON APPROACH.**

COMPS 1-4 ARE THE MOST RECENTLY CLOSED ESCROW SALES THAT ARE CONSIDERED TO BE THE MOST SIMILAR TO THE SUBJECT PROPERTY BOTH GEOGRAPHICALLY AND PHYSICALLY. COMP #5 AND COMP #6 ARE MLS LISTINGS IN ACTIVE STATUS. BASE ON SUBJECT'S SURROUNDING MARKET ANALYSIS AND NOTED MARKET REACTION IN THE AREA, OPINION DOLLAR ADJUSTMENTS MADE FOR BEDROOM UTILITY ADJUSTED AT $5,000 EACH; FULL BATHROOM UTILITY ADJUSTED AT $5,000 EACH AND 1/2 BATHROOM UTILITY ADJUSTED AT $2,500 EACH; GLA ADJUSTMENTS WERE CALCULATED AT $30 PER SQ. FT., AND LOT SIZE ADJUSTMENT AT $1 PER SQ. FT.; POOL AT $10,000. GARAGE AT $5,000 EACH. NO MARKET CONDITION ADJUSTMENTS WERE MADE DUE TO MARKET SHOWING STABILITY.

MOST WEIGHTS IS GIVEN TO THE COMPARABLES WITH THE LEAST GROSS PERCENTAGE ADJUSTMENTS IN ARRIVING AT THE INDICATED VALUE FOR THE SUBJECT PROPERTY. WEIGHT IS GIVEN FOR SIMILAR AGE, LOCATION, GLA, ROOM COUNT, AND AMENITIES. ALL COMPS ARE ALSO FOUND TO BE THE MOST SIMILAR AND THE MOST RECENT IN SALES INFORMATION AVAILABLE.

FINANCING OF SALES HAS BEEN ANALYZED AND ADJUSTMENT WAS NOT DEEMED WARRANTED.

**Subject Exposure Time:**

MY RESEARCH INDICATES THAT THE REASONABLE EXPOSURE TIME FOR THE SUBJECT PROPERTY, AS REQUIRED BY USPAP RULE 1-2c FOR THIS REPORT, IS BASED ON THE DATA COLLECTED USING THE NDCDATA, REALIST & MRMLS ALLIANCE DATABASE, AND IS EXPECTED TO BE BETWEEN 0-90 DAYS. THIS EXPOSURE TIME IS REFLECTIVE OF THE SUBJECT'S COMPETING MARKET AS INDICATED BY THE ACTIONS OF TYPICAL BUYERS AND SELLERS.

## Market Conditions Addendum to the Appraisal Report

File No. 18821121

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 10580 Horse Creek Ave | City Sunland | State CA | ZIP Code 91040 |
|---|---|---|---|---|

Borrower  JORGE ANDRADE

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 2 | 2 | 2 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 0.33 | 0.67 | 0.67 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 1 | 3 | 4 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 3.0 | 4.5 | 6.0 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 975,000 | 990,000 | 995,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 90 | 75 | 81 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | 985,000 | 1,000,000 | 1,000,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 90 | 90 | 95 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 99 | 99% | 99.5% | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☐ Yes | ☒ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).  SELLER CONCESSIONS APPEAR TO BE TYPICAL IN THE CURRENT MARKET FOR THE PAST 12 MONTHS. CLOSING COSTS APPEAR STABLE AND ARE ESTIMATED AT APPROXIMATELY 2-6% OF COMPARABLE SALE PRICES.

Are foreclosure sales (REO sales) a factor in the market?  ☐ Yes  ☒ No  If yes, explain (including the trends in listings and sales of foreclosed properties). THERE IS AN AVERAGE NUMBER OF FORECLOSURE (REO AND SHORT SALES) IN THE SUBJECT NEIGHBORHOOD. VALUES APPEAR TO HAVE STABILIZED OVER THE PAST YEAR FOR SINGLE FAMILY HOME IN THIS NEIGHBORHOOD. THIS INFORMATION WAS OBTAINED FROM DATAQUICK INFORMATION SYSTEMS INC. MARKET ACTIVITY HAS BEEN DOMINATED BY BARGAIN HUNTING IN AFFORDABLE AREAS WHILE BUYING AND SELLING IN MORE EXPENSIVE AREAS REMAINS " ON HOLD". FORECLOSURE ACTIVITY REMAINS AT HISTORICALLY HIGH LEVELS.

Cite data sources for above information.  MULTIPLE LISTINGS ALLIANCE & NDCDATA.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions. Based on the information taken from the mls over the past twelve months, and as stated in the chart above, demand for properties similar to the subject appear to be average at the present time, and property values are considered to be stable. Typical financing for this area is conventional with no concessions being offered, and a marketing period of up to three months is considered typical.

| If the subject is a unit in a condominium or cooperative project, complete the following: | | Project Name: | | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?  ☐ Yes  ☐ No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name  JOHN C. PAN | | Supervisory Appraiser Name | |
| Company Name  JMD APPRAISALS, INC | | Company Name | |
| Company Address  155 NORTH LAKE AVENUE #842, PASADENA, CA | | Company Address | |
| State License/Certification #  AL042283  State  CA | | State License/Certification #  | State |
| Email Address  admin@jmdintegration.com | | Email Address | |

| Borrower/Client | JORGE ANDRADE | | | | File No. 18821121 |
|---|---|---|---|---|---|
| Property Address | 10580 Horse Creek Ave | | | | |
| City | Sunland | County LOS ANGELES | | State CA | Zip Code 91040 |
| Lender | BAYVIEW LOAN SERVICING | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

### This Report is one of the following types:

☒ **Appraisal Report**   (A written report prepared under Standards Rule   2-2(a)  , pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ **Restricted Appraisal Report**   (A written report prepared under Standards Rule   2-2(b)  , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
— The statements of fact contained in this report are true and correct.
— The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
— Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties involved.
— Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.
— I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
— My engagement in this assignment was not contingent upon developing or reporting predetermined results.
— My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
— My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
— Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
— Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

### Comments on Appraisal and Report Identification
**Note any USPAP related issues requiring disclosure and any State mandated requirements:**
I HAVE PERFORMED NO SERVICES, AS AN APPRAISER OR IN ANY OTHER CAPACITY, REGARDING THE PROPERTY THAT IS THE SUBJECT OF THE WORK UNDER REVIEW WITHIN THE 36 MONTHS PERIOD IMMEDIATELY PRECEDING ACCEPTANCE OF THIS ASSIGNMENT; I HAVE NO CURRENT OR PROSPECTIVE INTEREST IN THE SUBJECT PROPERTY OR THE PARTIES INVOLVED.

**APPRAISER:**

Signature:
Name:  JOHN C. PAN

State Certification #:
or State License #:  AL042283
State:  CA    Expiration Date of Certification or License:   03/27/2015
Date of Signature and Report:  10/11/2014
Effective Date of Appraisal:  10/10/2014
Inspection of Subject:  ☐ None  ☐ Interior and Exterior  ☒ Exterior-Only
Date of Inspection (if applicable):  10/10/2014

**SUPERVISORY or CO-APPRAISER (if applicable):**

Signature:
Name:

State Certification #:
or State License #:
State:    Expiration Date of Certification or License:
Date of Signature:
Inspection of Subject:  ☐ None  ☐ Interior and Exterior  ☐ Exterior-Only
Date of Inspection (if applicable):

File No.   18821121

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Condition Ratings and Definitions

**C1**

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

### Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Form UADDEFINE1A — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Quality Ratings and Definitions (continued)

#### Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

#### Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

#### Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

#### Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

### Definitions of Not Updated, Updated, and Remodeled

#### Not Updated

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

#### Updated

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

#### Remodeled

**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.**
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

**Example:**
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Form UADDEFINE1A — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

| Borrower/Client | JORGE ANDRADE | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 10580 Horse Creek Ave | | | | | |
| City | Sunland | County | LOS ANGELES | State | CA | Zip Code | 91040 |
| Lender | BAYVIEW LOAN SERVICING | | | | | |



**Aerial Map**

| Borrower/Client | JORGE ANDRADE | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 10580 Horse Creek Ave | | | | | |
| City | Sunland | County | LOS ANGELES | State | CA | Zip Code 91040 |
| Lender | BAYVIEW LOAN SERVICING | | | | | |



Plat Map

| Borrower/Client | JORGE ANDRADE | | | | |
|---|---|---|---|---|---|
| Property Address | 10580 Horse Creek Ave | | | | |
| City | Sunland | County LOS ANGELES | | State CA | Zip Code 91040 |
| Lender | BAYVIEW LOAN SERVICING | | | | |



**Subject Photo Page**

| Borrower/Client | JORGE ANDRADE | | | | |
|---|---|---|---|---|---|
| Property Address | 10580 Horse Creek Ave | | | | |
| City | Sunland | County LOS ANGELES | | State CA | Zip Code 91040 |
| Lender | BAYVIEW LOAN SERVICING | | | | |



**Subject Front**
10580 Horse Creek Ave



**Subject Street Right View**



**Subject Street Left View**

**Comparable Photo Page**

| Borrower/Client | JORGE ANDRADE | | | | |
|---|---|---|---|---|---|
| Property Address | 10580 Horse Creek Ave | | | | |
| City | Sunland | County LOS ANGELES | | State CA | Zip Code 91040 |
| Lender | BAYVIEW LOAN SERVICING | | | | |



**Comparable 1**

9829 McBroom St



**Comparable 2**

10900 Oak Mountain Pl



**Comparable 3**

10961 Oak Mountain Pl

**Comparable Photo Page**

| Borrower/Client | JORGE ANDRADE | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 10580 Horse Creek Ave | | | | | |
| City | Sunland | County | LOS ANGELES | State | CA | Zip Code | 91040 |
| Lender | BAYVIEW LOAN SERVICING | | | | | |



**Comparable 4**

10340 McBroom St



**Comparable 5**

10155 McBroom St



**Comparable 6**

10571 Horse Creek Ave

**Photograph Addendum**

| Borrower/Client | JORGE ANDRADE | | | | |
|---|---|---|---|---|---|
| Property Address | 10580 Horse Creek Ave | | | | |
| City | Sunland | County | LOS ANGELES | State CA | Zip Code 91040 |
| Lender | BAYVIEW LOAN SERVICING | | | | |



**MLS Photo for Comp #4**
10340 McBroom St



**MLS Photo for Comp #5**
10155 McBroom St

**Appraiser License**

| Borrower/Client | JORGE ANDRADE | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 10580 Horse Creek Ave | | | | | |
| City | Sunland | County | LOS ANGELES | State | CA | Zip Code 91040 |
| Lender | BAYVIEW LOAN SERVICING | | | | | |



Business, Transportation & Housing Agency
OFFICE OF REAL ESTATE APPRAISERS
REAL ESTATE APPRAISER LICENSE

John C. Pan

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Residential Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OREA APPRAISER IDENTIFICATION NUMBER:   AL 042283

Effective Date:   March 28, 2013
Date Expires:   March 27, 2015

Jim Martin, Director, OREA

3005214

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE 'CHAIN LINK'



General Star National Insurance Company
P O Box 10360 (Attn: GSN)
Stamford, Connecticut 06904

## REAL ESTATE APPRAISERS ERRORS & OMISSIONS INSURANCE POLICY

### DECLARATIONS PAGE

This is a claims made and reported policy. Please read this policy and all endorsements and attachments carefully.

Policy Number:  NJA858552C                    Renewal of Number:  NJA858552B

1. **NAMED INSURED:**  John C. Pan
   **STREET ADDRESS:**
   610 Tamarac Drive
   Pasadena, CA 91105

2. **POLICY PERIOD:**  Inception Date:  08/13/2014          Expiration Date:  08/13/2015
   Effective 12:01 a.m. Standard Time at the address of the Named Insured.

3. **LIMITS OF LIABILITY:**
   Each Claim:  $1,000,000
   Aggregate:   $2,000,000
   **Claim Expenses** have a separate Limit of Liability:
   Each Claim:  $1,000,000
   Aggregate:   $2,000,000

4. **DEDUCTIBLE:**          Each Claim: $ 0 _____  Aggregate: $ 0 _____

5. **RETROACTIVE DATE:**  08/13/2009
   If a date is indicated, this policy will not provide coverage for any **Claim** arising out of any act, error,
   omission or personal injury which occurred before such date.

6. **ANNUAL PREMIUM:**               $750.00


   TOTAL Premium and Taxes/Surcharge :      $750.00
7. **ENDORSEMENTS:**
   This policy is made and accepted subject to the printed policy form together with the following form(s) or
   endorsement(s).
   AP 00 0001 (06/11), AP 04 0001 (06/11),  AP 21 0002 (06/11),  AP 27 0004 (06/11),  AP 01 0004CA (06/11),
   AP 08 0005CA (06/2011),

8. **PRODUCER NAME:**  Mercer Consumer
   **STREET ADDRESS:**  P. O. Box 8146
   Des Moines, IA 50306-8146

                                        _Cynne Moore_
                                        _____
                                        Authorized Representative

Producer Code:  26460              Class Code: 73128
Date:   07/15/2014
AP 10 0001 06 11        © Copyright 2011, General Star Management Company, Stamford, CT        Page 1 of 1

# Exhibit "B"

☰ MENU   Homes ∨   Rentals ∨   Mortgages ∨   Agents ∨   Advice ∨   Local ∨   Home design ∨   More ∨   Sign in or join   Advertise   ?

GET MORE INFO   ♡ SAVE   GET UPDATES   REPORT HOME   MORE ∨        City, State, or Zip

California · Los Angeles · Shadow Hills · 10580 Horse Creek Ave



CONTACT A FORECLOSURE SPECIALIST

Find foreclosure specialists in your area. Visit our professional directory.

Find a foreclosure specialist


COX BUNDLE
$99.99

# 10580 Horse Creek Ave, Shadow Hills, CA 91040

**4 beds · 3.5 baths · 3,880 sqft**

**OFF MARKET**
Zestimate®: $1,114,838
Rent Zestimate®: $4,098/mo
Get prequalified with Chase

!!!SHORT SALE SHORT SALE SHORT SALE !!!WOW!!!! LOCATED IN A GATE COMMUNITY OF RANCHO VERDUGO(SAHDOW HILLS) BUILT IN 2004 W/ 4 BEDROOMS + BATHROOMS /A MASTER SUIT W/ TWO WALLK-IN CLOSETS/BALCONY/JACUZZI TUB/UPSTAIR LOFT /DOWNSTAIRS BEDROOM WITH PRIVATE BATHROOM/FAMILY ROOM W/ FIRE PLACE /FORMAL DINING NICE FRONT AND BACK YARD WITH MOUNTAIN AND VALLEY ESPECTACULAR VIEW.

**FACTS**
- Lot: 0.53 acres
- Single Family
- Built in 2004
- Cooling: Central
- Heating: Other
- Last sold: Sep 2004 for $815,000

More ∨

County website    See data sources

## Similar Homes for Sale


FOR SALE
$1,050,000
4 beds, 3.5 baths, 3,880 s...
10575 Lost Trail Ave, Sha...


FOR SALE
$1,299,000
4 beds, 4.0 baths, 4100 s...
10027 Mcbroom St # NE ...

See listings near 10580 Horse Creek Ave


Shutterfly    Photo books make the best gift ever.

SHOP PHOTO BOOKS ▸

## Zestimate Details

Add owner estimate

| Zestimate ❓ | Rent Zestimate ❓ | Zestimate forecast |
|---|---|---|
| **$1,114,838** | **$4,098/mo** | 🔒 $XXX,XXX |
| -$41,745 Last 30 days | -$4 Last 30 days | Zestimate forecast |
| | | Create a free account |
| $972K    $1.25M | $2.2K    $6.1K | One year |
| Zestimate range | Zestimate range | |

Zestimate ▾

1 year  5 years  10 years

This home   ...

## Nearby Similar Sales

**SOLD: $1,050,000**
Sold on 1/14/2014
4 beds, 4.0 baths, 4188 sqft
10584 Lost Trail Ave, Shadow Hills, CA 91040

**SOLD: $1,025,000**
Sold on 1/24/2014
5 beds, 5.0 baths, 3801 sqft
10900 Oak Mountain Pl, Shadow Hills, CA 91...

**SOLD: $925,000**
Sold on 9/30/2014
5 beds, 5.0 baths, 4188 sqft
10961 Oak Mountain Pl, Shadow Hills, CA 91...

Shadow Hills  ⤴
Los Angeles  ⤴

See sales similar to 10580 Horse Creek Ave

**Featured Partners**

Free Equifax Credit Score
www.equifax.com
View Your Equifax 3-Bureau Credit
Scores. Sign Up Now!

Wells Fargo Home Mortgage
www.wellsfargo.com/mortgage
Get Prequalified with Wells Fargo

Looking to rent?
www.equifax.com
Learn your Equifax Credit Score

## Price History

| DATE | EVENT | PRICE | $/SQFT | SOURCE | |
|------|-------|-------|--------|--------|---|
| 08/20/09 | Listing removed | $950,000 | $244 | Home Team Real... | ⚑ |
| 08/02/09 | Listed for sale | $950,000  +16.6% | $244 | Home Team Real... | ⚑ |
| 09/01/04 | Sold | $815,000  -7.4% | $210 | Public Record | ⚑ |

More ⌄



HISCOX
SMALL BUSINESS INSURANCE

COVERAGE FOR PROFESSIONAL
SERVICE PROVIDERS

FAST FREE QUOTE

## Popularity on Zillow

**3 shoppers saved**
this home to their list of favorites

## Home Expenses

## Neighborhood

**MARKET GUIDE**
Zillow predicts Shadow Hills home values will increase 1.3% next year, compared to a 2% rise
for Los Angeles as a whole. Among...

More ⌄

Home Values    Listings

View larger map

List of nearby homes

## Nearby Schools in Los Angeles

| SCHOOL RATING | | GRADES | DISTANCE |
|---|---|---|---|
| 5 out of 10 | Stonehurst Avenue Elementary (assigned) | K-5 | 1.0 mi |
| 3 out of 10 | Charles Maclay Middle (assigned) | 6-8 | 2.8 mi |
| 6 out of 10 | Verdugo Hills Senior High (assigned) | 7-12 | 3.9 mi |

Data by GreatSchools.org ❓

More schools in Los Angeles

## Contact a foreclosure specialist

Find foreclosure specialists in your area. Visit our professional directory.

Find a foreclosure specialist

| NEARBY CITIES | NEARBY NEIGHBORHOODS | NEARBY ZIP CODES | OTHER SHADOW HILLS TOPICS |
|---|---|---|---|
| Homes For Sale in Glendale | Homes For Sale in Civic Center-Little Tokyo | Homes For Sale in 90004 | Apartments for Rent in 91040 |
| Homes For Sale in Inglewood | | Homes For Sale in 90011 | Houses for Sale in 91040 |
| Homes For Sale in Lancaster | Homes For Sale in Fashion District | Homes For Sale in 90019 | Houses for Rent in 91040 |

| Homes For Sale in Long Beach | Homes For Sale in Hollywood | Homes For Sale in 90025 | 91040 Real Estate |
| Homes For Sale in Los Angeles | Homes For Sale in Koreatown | Homes For Sale in 90026 | Los Angeles Condos |
| More | Homes For Sale in Mid City | More | More |
| | More | | |

10580 Horse Creek Ave, Shadow Hills, CA, 91040 is a single family home of 3,880 sqft on a lot of 23,000 sqft (or 0.53 acres). Zillow's Zestimate® for 10580 Horse Creek Ave is $1,114,838 and the Rent Zestimate® is $4,098/mo. This single family home has 4 bedrooms, 3.5 baths, and was built in 2004. The 4 bed single family home at 10575 Lost Trail Ave in Shadow Hills is comparable and for sale for $1,050,000. This home is located in Shadow Hills, Shadow Hills in zip code 91040. Civic Center-Little Tokyo and Fashion District are nearby neighborhoods. Nearby ZIP codes include 91342 and 90046. Kagel Canyon, Glendale, and Santa Clarita are nearby cities.

ABOUT    ZESTIMATES    JOBS    HELP    ADVERTISE    TERMS OF USE & PRIVACY    AD CHOICE    BLOG    MOBILE APPS

Yahoo!-Zillow Real Estate Network          © 2006-2014 Zillow          Follow us      

# Exhibit "C"

≡ MENU    Homes ⌄ Rentals ⌄ Mortgages ⌄ Agents ⌄ Advice ⌄ Local ⌄ Home design ⌄ More ⌄ Sign in or Join    Advertise    ❓

GET MORE INFO    ♡ SAVE    GET UPDATES    REPORT LISTING    MORE ⌄          City, State, or Zip    🔍

California · Los Angeles · Shadow Hills · 10575 Lost Trail Ave



GET MORE INFORMATION
Call: (562) 857-6555
Note: owner will work with buyer's agents

👤 Your Name

📞 Phone (Optional)

✉ Email

I am interested in 10575 Lost Trail Ave,
Shadow Hills, CA 91040.

Contact Owner

# 10575 Lost Trail Ave,
## Shadow Hills, CA 91040

**4 beds · 3.5 baths · 3,880 sqft**

FOR SALE BY OWNER
## $1,050,000
Zestimate®: $1,107,946
Est. Mortgage
**$3,880/mo** 🏠 ·
Get Pre-Approved on Zillow
New homes in Porter Ranch from the $800s


Start Your New Home Search Now
Toll Brothers


Shutterfly    Photo books make the best gift ever.
SHOP PHOTO BOOKS ▸

This 3880 square foot single family home has 4 bedrooms and 3.5 bathrooms. It is located at 10575 Lost Trail Ave Shadow Hills, California.
More ⌄

## FACTS

- Lot: 0.59 acres
- Single Family
- Built in 2004
- 149 days on Zillow

- Cooling: Central
- Heating: Wall
- Last sold: Aug 2004 for $830,000
- Price/sqft: $271

## FEATURES

- Cable Ready
- Ceiling Fan
- Controlled Access
- Fireplace
- Flooring: Carpet, Tile
- Garden
- Gated Entry
- Jetted Tub

- Lawn
- Parking: Garage - Attached, 3 spaces
- Patio
- RV Parking
- Security System
- Sprinkler System
- View: Mountain
- Wired

More ⌄          County website    See data sources

### Nearby Similar Sales

SOLD: $1,050,000
Sold on 1/14/2014
4 beds, 4.0 baths, 4788 sqft
10634 Lost Trail Ave, Shadow Hills, CA 91040

SOLD: $1,025,000
Sold on 1/24/2014
5 beds, 5.0 baths, 3801 sqft
10999 Oak Mountain Pl, Shadow Hills, CA 91...

SOLD: $925,000
Sold on 9/30/2014
5 beds, 5.0 baths, 4188 sqft
10961 Oak Mountain Pl, Shadow Hills, CA 91...

See sales similar to 10575 Lost Trail Ave

## Zestimate Details

Add owner estimate

Featured Partners

Zestimate ❓

$1,107,946

[+$13,301] Last 30 days

$1.01M        $1.25M

Zestimate range

Rent Zestimate ❓

$4,150/mo

[-$54] Last 30 days

$2.7k        $6.2k

Zestimate range

Zestimate forecast

🔒 $XXX,XXX one year forecast

Create a free account

One year

Free Equifax Credit Score
www.equifax.com

View your Equifax 3-Bureau Credit
Wells Fargo Home Mortgage
www.wellsfargo.com/mortgage
Get Prequalified with Wells Fargo

Looking to rent?
www.equifax.com
Learn your Equifax Credit Score

Zestimate ▾

1 year  5 years  10 years

This home      --
Shadow Hills   --
Los Angeles    --

## Popularity on Zillow

👁  **1,135 views since listing**
   1,228 all-time (chart)

## Home Expenses

# Neighborhood

**MARKET GUIDE**

Zillow predicts Shadow Hills home values will increase 1.3% next year, compared to a 2% increase for Los Angeles as a whole. Among...

More ⌄

Home Values     Listings

View larger map

# Nearby Schools in Los Angeles

| SCHOOL RATING | | GRADES | DISTANCE |
|---|---|---|---|
| **5** out of 10 | Stonehurst Avenue Elementary (assigned) | K-5 | 0.9 mi |
| **3** out of 10 | Charles Maclay Middle (assigned) | 6-8 | 2.6 mi |
| **6** out of 10 | Verdugo Hills Senior High (assigned) | 7-12 | 4.2 mi |

Data by GreatSchools.org ❔

More schools in Los Angeles

# Get more information

Call (562) 857-6955
Note: owner will work with buyer's agents

👤 Your Name

📞 Phone (Optional)

✉ Email

I am interested in 10575 Lost Trail Ave, Shadow Hills, CA 91040.

Contact Owner

10575 Lost Trail Ave, Shadow Hills, CA 91040 Is For Sale - Zillow

Page 4 of 4

**NEARBY CITIES**

Homes For Sale in Glendale

Homes For Sale in Inglewood

Homes For Sale in Lancaster

Homes For Sale in Long Beach

Homes For Sale in Los Angeles

More

**NEARBY NEIGHBORHOODS**

Homes For Sale in Civic Center-Little Tokyo

Homes For Sale in Fashion District

Homes For Sale in Hollywood

Homes For Sale in Koreatown

Homes For Sale in Mid City

More

**NEARBY ZIP CODES**

Homes For Sale in 90004

Homes For Sale in 90011

Homes For Sale in 90019

Homes For Sale in 90025

Homes For Sale in 90026

More

**OTHER SHADOW HILLS TOPICS**

Apartments for Rent in 91040

Houses for Sale in 91040

Houses for Rent in 91040

91040 Real Estate

Los Angeles Condos

More

10575 Lost Trail Ave, Shadow Hills, CA 91040 is a single family home of 3,886 sq ft on a lot of 25,533 sqft (or 0.59 acres). Zillow's Zestimate® for 10575 Lost Trail Ave is $1,342,946 and the Rent Zestimate® is $4,150/mo. This single family home has 4 bedrooms, 3.5 baths, and was built in 2004. Civic Center-Little Tokyo and Fashion District are nearby neighborhoods. Nearby ZIP codes include 91342 and 90046. Sugal Canyon, Glendale, and Santa Clarita are nearby cities.

ABOUT    ZESTIMATES    JOBS    HELP    ADVERTISE    TERMS OF USE & PRIVACY    AD CHOICE    BLOG    MOBILE APPS

Yahoo!-Zillow Real Estate Network        © 2006-2014 Zillow        Follow us