# Exhibit 1

## Edward Schloss Law Inc.

| | |
|---|---|
| From: | Edward Schloss Law Inc. [egs2@ix.netcom.com] |
| Sent: | Friday, November 14, 2014 11:57 AM |
| To: | 'Roksana D. Moradi, Esq. ' |
| Subject: | RE: In re Alvarez -- Case No. 2:14-bk-10349-ER -- MTV Hrg.: Dec. 10, 2014 @ 10:00 a.m.-- Our File #B24645 |

Hi Roksana,

We noticed that last night your client had filed a Motion to Value in the above-referenced matter. Our client will need to conduct an appraisal of the subject property, and we need to know the contact information of the individual whom our client's appraiser can contact to set up the appraisal. Should our client's appraiser contact you?

Thank you,

Lior Katz, Esq.
Attorney | Edward G. Schloss Law Corporation
3637 Motor Avenue, Suite 220
Los Angeles, CA 90034
Telephone (310) 733-4488
Facsimile (310) 836-4888
egs2@ix.netcom.com

**From:** Roksana D. Moradi, Esq. [mailto:roksana@srhlawfirm.com]
**Sent:** Tuesday, November 11, 2014 1:12 PM
**To:** Edward Schloss Law Inc.
**Subject:** Re: In re Alvarez -- Case No. 2:14-bk-10349-ER -- Discl. Stmt. Hrg on 11/5/14 @ 10AM -- Our File #B24645

Please see attached.


Please do not hesitate to call if there are any questions.

Thanks.

- **Roksana D. Moradi, Esq.***

*Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization*

**SIMON RESNIK HAYES LLP**
15233 Ventura Boulevard, Suite 250
Sherman Oaks, CA 91403
**Direct Line:** (818) 933-2843
**Main Line:** (818) 783-6251
**Facsimile:** (818) 827-4919

**SIMON RESNIK HAYES LLP**
510 West Sixth Street, Suite 1220
Los Angeles, CA 90014
**Telephone:** (213) 572-0800

1

# Exhibit 2

# Edward Schloss Law Inc.

**From:** Roksana D. Moradi, Esq. [roksana@srhlawfirm.com]
**Sent:** Friday, November 14, 2014 2:49 PM
**To:** Edward Schloss Law Inc.
**Subject:** Re: In re Alvarez -- Case No. 2:14-bk-10349-ER -- MTV Hrg.: Dec. 10, 2014 @ 10:00 a.m.-- Our File #B24645

Yes, or please send me the name and telephone number and Debtor will contact him/her to arrange a mutually acceptable time to view the property.

Please do not hesitate to call if there are any questions.

Thanks.

- **Roksana D. Moradi, Esq.***

*Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization*

**SIMON RESNIK HAYES LLP**
15233 Ventura Boulevard, Suite 250
Sherman Oaks, CA 91403
**Direct Line:** (818) 933-2843
**Main Line:** (818) 783-6251
**Facsimile:** (818) 827-4919

**SIMON RESNIK HAYES LLP**
510 West Sixth Street, Suite 1220
Los Angeles, CA 90014
**Telephone:** (213) 572-0800
**Facsimile:** (213) 572-0860

www.SRHLawFirm.com
www.CentralDistrictInsider.com



**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information contained herein is intended only for use by the individual or entity named above. Unauthorized interception, review, use or disclosure is prohibited. If you are not the intended recipient, please destroy this email after advising by reply that you erroneously received this, and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the designated recipient does not waive the attorney-client privilege or work-product doctrine.

On Fri, Nov 14, 2014 at 11:56 AM, Edward Schloss Law Inc. <egs2@ix.netcom.com> wrote:

Hi Roksana,

1

# Exhibit 3

# Edward Schloss Law Inc.

| | |
|---|---|
| From: | Edward Schloss Law Inc. [egs2@ix.netcom.com] |
| Sent: | Tuesday, November 25, 2014 7:33 AM |
| To: | 'Roksana D. Moradi, Esq.' |
| Subject: | RE: In re Alvarez -- Case No. 2:14-bk-10349-ER -- MTV Hrg.: Dec. 10, 2014 @ 10:00 a.m.-- Our File #B24645 |

Good Morning Roksana,

Our client had contacted us this morning and indicated that the appraiser had been unable to arrange for an appraisal. The client informed us that our client's appraiser had contacted you by phone but no response was referred from your office to arrange for an appraisal. Please let me know the status of this.

Thank you,

Lior Katz, Esq.
Attorney | Edward G. Schloss Law Corporation
3637 Motor Avenue, Suite 220
Los Angeles, CA 90034
Telephone (310) 733-4488
Facsimile (310) 836-4888
egs2@ix.netcom.com

**From:** Roksana D. Moradi, Esq. [mailto:roksana@srhlawfirm.com]
**Sent:** Friday, November 14, 2014 2:49 PM
**To:** Edward Schloss Law Inc.
**Subject:** Re: In re Alvarez -- Case No. 2:14-bk-10349-ER -- MTV Hrg.: Dec. 10, 2014 @ 10:00 a.m.-- Our File #B24645

Yes, or please send me the name and telephone number and Debtor will contact him/her to arrange a mutually acceptable time to view the property.


Please do not hesitate to call if there are any questions.

Thanks.

- Roksana D. Moradi, Esq.*

*Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization*

**SIMON RESNIK HAYES LLP**
15233 Ventura Boulevard, Suite 250
Sherman Oaks, CA 91403
**Direct Line:** (818) 933-2843
**Main Line:** (818) 783-6251
**Facsimile:** (818) 827-4919

**SIMON RESNIK HAYES LLP**
510 West Sixth Street, Suite 1220
Los Angeles, CA 90014

1

# Exhibit 4

# Edward Schloss Law Inc.

| | |
|---|---|
| **From:** | Roksana D. Moradi, Esq. [roksana@srhlawfirm.com] |
| **Sent:** | Tuesday, November 25, 2014 9:44 AM |
| **To:** | Edward Schloss Law Inc. |
| **Cc:** | M. Jonathan Hayes; Matt Resnik |
| **Subject:** | Re: In re Alvarez -- Case No. 2:14-bk-10349-ER -- MTV Hrg.: Dec. 10, 2014 @ 10:00 a.m.-- Our File #B24645 |

That is not correct.

I spoke with Bayview's first appraiser early last week. The client contacted him and I believe a time was set up. I then got a call from a different appraiser for Bayview late last week. I informed him that there was some other appraiser working on the file. He called me back and said the other appraiser was not going to be handling the matter. I provided the new appraiser's number to my client. The holiday makes it a little difficult... In any event I will contact her and let you know status.


Please do not hesitate to call if there are any questions.

Thanks.

**- Roksana D. Moradi, Esq.\***

*Certified Bankruptcy Specialist, State Bar of California, Board of Legal Specialization*

**SIMON RESNIK HAYES LLP**
15233 Ventura Boulevard, Suite 250
Sherman Oaks, CA 91403
**Direct Line:** (818) 933-2843
**Main Line:** (818) 783-6251
**Facsimile:** (818) 827-4919

**SIMON RESNIK HAYES LLP**
510 West Sixth Street, Suite 1220
Los Angeles, CA 90014
**Telephone:** (213) 572-0800
**Facsimile:** (213) 572-0860

www.SRHLawFirm.com
www.CentralDistrictInsider.com



**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information contained herein is intended only for use by the individual or entity named above. Unauthorized interception, review, use or disclosure is prohibited. If you are not the intended recipient, please destroy this email after advising by reply that you erroneously received this, and that it has been destroyed and permanently deleted from all of your email servers and work stations. The receipt by anyone other than the designated recipient does not waive the attorney-client privilege or work-product doctrine.

1