EDWARD G. SCHLOSS CA Bar No. 102858
LIOR KATZ CA Bar No. 284559
3637 Motor Avenue, Suite 220
Los Angeles, California 90034
(310) 733-4488
B24645/lk

Attorneys for Secured Creditor
BAYVIEW LOAN SERVICING, LLC, servicing agent
for The Bank of New York Mellon fka The Bank of
New York As Trustee for the Certificateholders CWMBS, Inc.
CHL, Mortgage Pass-Through Trust 2005-HYB 10 Mortgage
Pass-Through Certificates, Series 2005-HYB 10

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>JACQUELINE DESIREE LANDAETZ ALVAREZ,<br><br>Debtor. | Bk. No. 2:14-bk-10349-ER<br><br>Chapter 11<br><br>PROOF OF SERVICE<br><br>Hearing:<br>Date: December 10, 2014<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>255 E. Temple Street<br>Courtroom 1568<br>Los Angeles, California 90012<br><br>Honorable Ernest M. Robles |

I, REYNALDO DEL PILAR, declare and state as follows:

I am a resident in Los Angeles County, State of California. I am over the age of 18 and not a party to the within action. My business address is 3637 Motor Avenue, Suite 220, Los Angeles, California 90034.

On November 26, 2014, I checked the CM/ECF docket for this bankruptcy case or

adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission, and the foregoing document OPPOSITION TO DEBTOR'S MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL [11 U.S.C. §506(a), FRBP 3012], DECLARATION OF EDWARD G. SCHLOSS IN SUPPORT OF OPPOSITION, and this PROOF OF SERVICE will be served by NEF at the email addresses stated below:

    Joseph Garibyan    cmartin@pralc.com
    M Jonathan Hayes    jhayes@srhlawfirm.com, roksana@srhlawfirm.com;carolyn@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com
    Cassandra J Richey    cmartin@pralc.com
    United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
    Melissa A Vermillion    cmartin@pralc.com
    Hatty K Yip    hatty.yip@usdoj.gov

On November 26, 2014, I served the foregoing document on all interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Los Angeles, California, addressed as follows:

DEBTOR:
JACQUELINE DESIREE LANDAETA ALVAREZ
3904 W. 171ST STREET
TORRANCE, CA 90504

**JUNIOR LIENHOLDERS**

Bank of America
Agent for Service of Process
Po Box 26078
Greensboro, NC 27420

Bank of America
Agent for Service of Process
Brian T. Movnihan, President
100 North Tyron Street
Charlotte, NC 28202

Bank of America
Agent for Service of Process
150 N College St, NC1-028-17-06
Charlotte, NC 28255

Chase Mortgage
Agent for Service of Process
Po Box 24696
Columbus, OH 43224

Chase Mortgage
Agent for Service of Process
4 Chase Metrotech Center
Brooklyn, NY 11245

Chase Mortgage
Agent for Service of Process
James Dimon, President
201 North Walnut Street
Wilmington, DE 19801

Bank of America
Agent for Service of Process
461 Piedmont Pkwy
Greensboro, NC 27410

Bank of America
Agent for Service of Process
C T Corporation System
818 West Seventh St, 2nd Floor
Los Angeles, CA 90017

Association Lien Services
Agent for Service of Process
Po Box 64750
Los Angeles, CA 90064

Association Lien Services
Agent for Service of Process
Joel F. Tamraz
5959 W. Century Blvd Ste 1406
Los Angeles, CA 90045

I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26th day of November 2014 at Los Angeles, California.

    /s/ Reynaldo del PilaR
    REYNALDO DEL PILAR

Z:\OPP\Alvarez.mottovalue.opp.POS.B24645.docx