| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| EDWARD G. SCHLOSS, SBN 102858<br>LIOR KATZ, SBN 284559<br>3637 Motor Avenue, Suite 220<br>Los Angeles, California 90034<br>Tel: (310) 733-4488; Fax: (310) 836-4888<br>egs2@ix.netcom.com<br>B24927/lk<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: BAYVIEW LOAN SERVICING, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>JACQUELINE DESIREE LANDAETA ALVAREZ,<br><br><br><br><br>                                                                                                    Debtor(s) | CASE NO.: 2:14-bk-10349-ER<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL [11 U.S.C. 506(a), FRBP 3012 |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER APPROVING MOTION FOR ORDER DETERMINING VALUE OF COLLATERAL [11 U.S.C. 506(a), FRBP 3012]

was lodged on (*date*) __01/14/2015__ and is attached.  This order relates to the motion which is docket number __80__.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                             Page 1                             **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3637 Motor Avenue, Suite 220, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___01/14/2015___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Hatty K Yip    hatty.yip@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Edward G Schloss    egs2@ix.netcom.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) ___01/14/2015___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
DEBTOR:
JACQUELINE DESIREE LANDAETA ALVAREZ
3904 W. 171ST STREET
TORRANCE, CA 90504

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/14/2015 | REYNALDO DEL PILAR | /s/ REYNALDO DEL PILAR |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

## ADDITIONAL PARTIES SERVED – NOTICE OF LODGEMENT

Additional parties served by NEF:

Joseph Garibyan cmartin@pralc.com
M Jonathan Hayes jhayes@srhlawfirm.com, roksana@srhlawfirm.com;carolyn@srhlawfirm.com;matthew@srhlawfirm.com;rosarioz@srhlawfirm.com;jfisher@srhlawfirm.com;maria@srhlawfirm.com;staci@srhlawfirm.com;jhayesecf@gmail.com;sevan@srhlawfirm.com
Cassandra J Richey cmartin@pralc.com
Melissa A Vermillion cmartin@pralc.com

Additional parties served in a sealed envelope with postage pre-paid in the United States Mail at Los Angeles, California, addressed as follows:

**JUNIOR LIENHOLDERS**

Bank of America
Agent for Service of Process
Po Box 26078
Greensboro, NC 27420

Bank of America
Agent for Service of Process
Brian T. Movnihan, President
100 North Tyron Street
Charlotte, NC 28202

Bank of America
Agent for Service of Process
150 N College St, NC1-028-17-06
Charlotte, NC 28255

Chase Mortgage
Agent for Service of Process
Po Box 24696
Columbus, OH 43224

Chase Mortgage
Agent for Service of Process
4 Chase Metrotech Center
Brooklyn, NY 11245

Chase Mortgage
Agent for Service of Process
James Dimon, President
201 North Walnut Street
Wilmington, DE 19801

1
2
3

Bank of America
Agent for Service of Process
461 Piedmont Pkwy
Greensboro, NC 27410

4
5

Bank of America
Agent for Service of Process
C T Corporation System
818 West Seventh St, 2nd Floor
Los Angeles, CA 90017

6
7
8

Association Lien Services
Agent for Service of Process
Po Box 64750
Los Angeles, CA 90064

9
10
11

Association Lien Services
Agent for Service of Process
Joel F. Tamraz
5959 W. Century Blvd Ste 1406
Los Angeles, CA 90045

12  Z:\OPP\NOT\Alvarez.mottovalue.NoticeofLodgement.POS.contpage.docx

13
14
15
16
17
18
19
20
21
22
23
24
25
26